JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Fax: (671) 472-7120



FILED
DISTRICT COURT OF GUAM
AUG 23 2005
MARY L.M. MORAN
CLERK OF COURT

Attorney for Defendant
DAVID D. LUCE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 04-00046 |
| ) | |
| Plaintiff, ) | STIPULATION re: CONTINUING TRIAL |
| ) | DATE AND EXCLUDING TIME |
| vs. ) | |
| ) | |
| DAVID D. LUCE, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's Trial presently scheduled for August 30, 2005, at 9:00 a.m., be continued for approximately one month, or a date convenient for the Court's calendar. The parties request this continuance as there are substantial and unresolved issues regarding Defendant's mental status at the time of the alleged offense and his current capacity to stand trial. Defendant was examined by an expert psychiatrist, Dr. Pablo Stewart, in late July, here on Guam. However, the psychiatrist's report has not yet been completed due to the complexity of the case. Defendant's longstanding mental

health history and hospitalization goes back approximately 35 years. Additional time is needed for Dr. Stewart to fully review the voluminous and extensive hospitalization records. A finished report from Dr. Stewart is anticipated by second week of September, 2005. The parties will also need time to review Dr. Stewart's report.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including August 30, 2005, to and including _____, 2005, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Luce's best interests, furthers judicial economy and efficiency and is in society's best interests. Mr. Luce has been consulted and concurs with the proposed continuance. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 23, 2005.

| | |
|---|---|
| JOHN T. GORMAN<br>Attorney for Defendant<br>DAVID D. LUCE | KARON V. JOHNSON<br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA |

2