FILED
DISTRICT COURT OF GUAM
AUG 2 3 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00046 |
| Plaintiff, | ) | |
| vs. | ) | |
| DAVID D. LUCE, | ) | **ORDER** |
| Defendant. | ) | |

On August 23, 2005, the parties filed a Stipulation requesting a continuance of the trial herein, presently set for August 30, 2005. The basis for the continuance was that there were "substantial and unresolved issues regarding the Defendant's mental status at the time of the alleged offense and his current capacity to stand trial." The Stipulation indicated that Dr. Stewart's psychiatric report would not be finalized until the second week of September 2005.

Accordingly, the Court orders that a status/competency hearing be held on Thursday, September 22, 2005 at 10:30 a.m. A copy of the psychiatric report shall be filed under seal with the Court at least one week prior to the status/competency hearing.

Based on the above-referenced Stipulation, the Court hereby vacates the August 30, 2005 trial date. The trial will be re-set by the Court after the conclusion of the September 22, 2005 status/competency hearing. The Court finds that the ends of justice are best served by continuing the case as requested, and said continuance outweighs the interests of the public and the defendant in a trial within the timeframe prescribed by the Speedy Trial Act, 18 U.S.C. § 3161,

*ORIGINAL*

1   *et seq.* Furthermore, the period of delay between August 30, 2005 to September 22, 2005,
2   inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1) (A) and (8)(A).

3       SO ORDERED this 23rd day of August 2005.

```
                              _____
                              JOAQUIN V.E. MANIBUSAN, JR.
                              United States Magistrate Judge
```