IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
AUG 29 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-04-00046   DATE: 08/29/2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: J. HATTORI
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 4:05:50 - 4:07:20     CSO: L. Ogo / F. Tenorio

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*A P P E A R A N C E S\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** DAVID D. LUCE     **ATTY:** JOHN GORMAN
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.    (X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON     **AGENT:**

**U.S. PROBATION:** JOHN SAN NICOLAS     **U.S. MARSHAL:** F. TAITAGUE

**INTERPRETER:** _____     ( ) SWORN     **LANGUAGE:** _____
( ) PREVIOUSLY SWORN

**PROCEEDINGS:** STATUS HEARING

( ) MOTION (S) ARGUED BY  ( ) PLAINTIFF  ( ) DEFENDANT

( ) MOTION(s) ___Granted ___Denied ___Settled ___Withdrawn ___Under Advisement

( ) ORDER SUBMITTED ___Approved ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

**The Court and the parties agreed that because the psychiatric report has not been received no action is warranted at this time.**

**Defendant addressed the Court and moved to withdraw the letters previously written by him and submitted to the Court. No objection. GRANTED.**