IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


FILED
DISTRICT COURT OF GUAM
SEP 22 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-04-00046     DATE: 09/22/2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: J. HATTORI
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded:** 10:37:47 - 10:42:00     CSO: B. Benavente

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **A P P E A R A N C E S** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: DAVID D. LUCE**                                 **ATTY: JOHN GORMAN**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.       ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                            AGENT:

U.S. PROBATION: NONE PRESENT                            U.S. MARSHAL: S. LUJAN

INTERPRETER: _____     ( ) SWORN     LANGUAGE: _____
                                        ( ) PREVIOUSLY SWORN

**PROCEEDINGS:  COMPETENCY HEARING**

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s) ____Granted ___ Denied ____Settled ____Withdrawn ___ Under Advisement

( ) ORDER SUBMITTED ____Approved ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

Defense counsel stated that Defendant has reviewed the psychiatric report and is ready to proceed. Government counsel had nothing to offer. She agreed with defense counsel in setting a trial date.

Defendant affirmed that he withdrew his request to change counsel. Defense counsel requested for a change of plea hearing date. He stated that if the Court was going to set a trial date defendant would waive speedy trial. No objection. The Court set a change of plea hearing for September 23, 2005 at 11:00 a.m., and set trial for October 5, 2005 at 9:30 a.m.