IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

**FILED**
DISTRICT COURT OF GUAM
SEP 23 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-04-00046**      **DATE: 09/23/2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding      Law Clerk: J. HATTORI
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 11:03:02 - 11:24:03      CSO: B. Benavente / J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** **DAVID D. LUCE**      **ATTY:** **JOHN GORMAN**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.      ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON      AGENT:

U.S. PROBATION: JUDY OCAMPO      U.S. MARSHAL: W. GRAY

INTERPRETER: _____      ( ) SWORN      LANGUAGE: _____
                                ( ) PREVIOUSLY SWORN

**PROCEEDINGS:   CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: ___    HIGH SCHOOL COMPLETED: **GED / TRADESCHOOL**
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE      ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: **COUNTS II AND III OF THE INDICTMENT**
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: **SEPTEMBER 23, 2005**   PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: **JANUARY 11, 2006** at **10:00 A.M.**   ( ) STATUS HEARING: _____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE TO PARTIES: **NOVEMBER 16, 2005**
                                     DUE TO COURT: **DECEMBER 26, 2005**
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL SERVICE

**NOTES:**

<u>The defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. The Court executed the report and recommendation concerning the defendant's plea of guilty.</u>