FILED
DISTRICT COURT OF GUAM
SEP 23 2005 ᵖ
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>DAVID D. LUCE,<br><br>               Defendant. | CRIMINAL CASE NO. 04-00046<br><br>**REPORT AND RECOMMENDATION<br>CONCERNING PLEAS OF GUILTY<br>IN A FELONY CASE** |

      The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered pleas of guilty to Count II of an Indictment charging him with Sexual Exploitation of Minors, in violation of 18 U.S.C. § 2252(a)(1), and Count III charging him with Sending Obscene Visual Representations of the Sexual Abuse of Children, in violation of 18 U.S.C. § 1466A(a)(1). After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering informed pleas, that the guilty pleas were intelligently, knowingly and voluntarily made, and that the offenses charged are supported by an independent bases in fact establishing each of the essential elements of such offenses. I therefore

///
///
///
///

1 recommend that the pleas of guilty be accepted and that the defendant be adjudged guilty of such
2 offenses and have sentence imposed accordingly.
3   IT IS SO RECOMMENDED.
4   DATED this 23rd day of September 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United Stated Magistrate Judge

### NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**