FILED
DISTRICT COURT OF GUAM
DEC -7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID D. LUCE,<br><br>    Defendant. | CRIMINAL CASE NO. 04-00046<br><br><br>**ORDER** |

On November 30, 2005, and December 6, 2005, the Court received letters from the Defendant expressing concerns about the defense of his case. <u>See</u> attached letters. The Court hereby sets the matter for a status conference on Tuesday, December 13, 2005, at 10:00 a.m.

SO ORDERED this 7th day of December 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**

David Luce
℅ D.O.C.
P.O. Box 3236
Hagatna Guam 96932


To Whom it may concern:

    I wish to file charges against federal public defender John Gorman.

    He has said many times he was going to do various things and does not.

    This ranges from getting his investigator to get me a list of possible jails to a transfer to mental health to telling me the sentencing fees do not have to be paid

I don't know what charges can be filed. What charges would be "lying like a dog to look good."

Thank you for filing these charges and protecting the rights of federals in Gua—

I sign this in a fly infested block with 20 other inmates on the 23rd of November in the year of our lord 2005



RECEIVED
NOV 30 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

David Luce
% D.O.C.
P.O. Box 3236
Hagetna Guam 96932

To the Court:

    I signed a plea with the understanding that my Attorney would explain the hormone therapy I agreed to and my agreement to assist law enforcement.

    I have heard nothing on this.

    Mr Gorman also has told me a transfer was pending for the past Month and the doctor at mental health made some recommendation to the nurse at D.O.C. which continue to be ignored.

    I need your help.

RECEIVED
2005 - DEC - 330
DISTRICT COURT OF GUAM
HAGATNA, GUAM



Nov 30 2005



RECEIVED
DEC - 6 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM