DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL


**FILED**
DISTRICT COURT OF GUAM
DEC 13 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 04-00046                               DATE: December 13, 2005

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**         Law Clerk: JUDITH HATTORI
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 9:56:49 - 10:02:49            CSO: N. Edrosa

* * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: DAVID D. LUCE**                                 **ATTY : JOHN GORMAN**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.        ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                            AGENT:

U.S. PROBATION: MARIA CRUZ                              U.S. MARSHAL: V. ROMAN

INTERPRETER: _____    ( ) SWORN    LANGUAGE: _____

PROCEEDINGS:            STATUS CONFERENCE

( ) MOTION(s) ARGUED BY    ( ) GOVERNMENT    ( ) DEFENDANT(s)
( ) MOTION(s)  __Granted  ____Denied  ____Withdrawn  ____ Under Advisement
( ) ORDER SUBMITTED   ____Approved   ____Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

**Defense informed the Court of his concerns regarding counsel's representation which were addressed in his letters.**

**The Court advised the defendant of his upcoming sentencing hearing set for January 11, 2006 and the possibility of delay should the Court appoint new counsel. After further discussion, the defendant agreed to continue the representation by Mr. Gorman.**

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions-
                                                       next page

Courtroom Deputy: