JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DAVID D. LUCE



FILED
DISTRICT COURT OF GUAM

DEC 2 8 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 04-00046 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING DATE |
| vs. ) | |
| ) | |
| DAVID D. LUCE, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently scheduled for January 11, 2005, at 10:00 a.m. be continued to January 19, 2005, at 9:30 a.m. or a date convenient for the Court's calendar.

The parties request this continuance as defense counsel will be off-island in San Francisco, California for oral argument before the Ninth Circuit Court of Appeals from January 10-18, 2005.

//

//

ORIGINAL

IT IS SO STIPULATED:

DATED: Mongmong, Guam, December 28, 2005.

_____
JOHN T. GORMAN
Attorney for Defendant
DAVID D. LUCE


_____
KARON V. JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

2