JOHN T. GORMAN  
Federal Public Defender  
First Hawaiian Bank Building  
400 Route 8, Suite 501  
Mongmong, Guam 96910  
Telephone: (671) 472-7111  
Facsimile: (671) 472-7120  

Attorney for Defendant  
DAVID D. LUCE



**FILED**  
DISTRICT COURT OF GUAM  

DEC 2 9 2005  

MARY L.M. MORAN  
CLERK OF COURT  

IN THE UNITED STATES DISTRICT COURT  

FOR THE TERRITORY OF GUAM  

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 04-00046 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | RE: STIPULATION TO CONTINUE |
| | ) | SENTENCING |
| DAVID D. LUCE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On December 28, 2005, the parties stipulated to continue the sentencing, then set for January 11, 2006 because defense counsel will be off-island attending oral argument before the Ninth Circuit Court of Appeals. (Stipulation, Docket No. 27.) Accordingly, the Court hereby approves the Stipulation of the parties and reschedules the matter for sentencing on January 19, 2006 at 9:30 a.m. All previous deadlines imposed with respect to the presentence report remain in full force and effect.

SO ORDERED this 29th day of December, 2005.

JOAQUIN V.E. MANIBUSAN, JR.  
United States Magistrate Judge  

**ORIGINAL**