DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL
SENTENCING

FILED
DISTRICT COURT OF GUAM
JAN 19 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 04-00046                           DATE: 01/19/2006

HON. DONALD W. MOLLOY, Designated Judge, Presiding         Law Clerk: Jeff Roth
Court Reporter: Wanda Miles                                Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:37:42 - 10:04:30        CSO: F. Tenorio

********************APPEARANCES************************

**DEFT: DAVID D. LUCE**                              **ATTY: JOHN GORMAN**
(X) PRESENT  (X) CUSTODY  ( ) BOND  ( ) P.R.         (X) PRESENT  ( ) RETAINED  (X) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                         AGENT:

U.S. PROBATION: STEPHEN GUILLIOT                     U.S. MARSHAL: V. ROMAN / G. PEREZ

INTERPRETER: _____  ( ) SWORN    LANGUAGE: _____

(X) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
   Base offense level: 25      Total offense level: 22      Criminal History Category: I

   NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

(X) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Mr. Gorman objected to the recommended 2 level enhancement. Requested the Court to impose a sixty month sentence with a term of three years supervised release. He further requested the Court for a judicial recommendation for the treatment center program at FCI Butner.

(X) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

(X) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Government adopted the sentencing recommendation. Government moved to dismiss Count I. GRANTED.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

The Court adopted the amended presentence report. Defense counsel called Gayle Jean Davis as a witness. She was sworn and examined.

The probation officer requested the Court to impose as part of defendant's supervised release 200 hours of community service. Defense counsel requested the Court to consider 100 hours of community service. The Court GRANTED the 200 hours of community service.

SENTENCE: CR-04-00046                     DEFENDANT: DAVID D. LUCE

(X) DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF 60 MONTHS FOR COUNT II AND 60 MONTHS FOR COUNT III. BOTH TERMS SHALL RUN CONCURRENTLY. DURING HIS IMPRISONMENT TERM, THE DEFENDANT SHALL PARTICIPATE IN A SEX OFFENDER TREATMENT PROGRAM AND ANY VOCATIONAL PROGRAMS APPROVED BY THE BUREAU OF PRISONS.

(X) COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT FCI BUTNER, NORTH CAROLINA.

(X) UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF THREE YEARS ON COUNT II AND THREE YEARS ON COUNT III. BOTH TERMS SHALL RUN CONCURRENTLY.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

2. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. HE SHALL SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO DRUG TESTS THEREAFTER.

3. DEFENDANT SHALL REPORT THE ADDRESS WHERE HE WILL RESIDE AND ANY SUBSEQUENT CHANGE OF RESIDENCE TO THE U.S. PROBATION OFFICE. DEFENDANT SHALL NOTIFY THE U.S. PROBATION OFFICE WITHIN 10 DAYS OF ANY CHANGE OF ADDRESS.

4. DEFENDANT SHALL REGISTER AS A SEX OFFENDER IN ANY STATE WHERE HE RESIDES, IS EMPLOYED, CARRIES ON A VOCATION, OR IS A STUDENT.

5. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

6. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE.

7. DEFENDANT SHALL NOT POSSESS A FIREARM, AMMUNITION OR OTHER DANGEROUS WEAPON.

8. DEFENDANT SHALL PARTICIPATE IN A MENTAL HEALTH PROGRAM AS APPROVED BY THE U.S. PROBATION OFFICE FOR THE TREATMENT AND MONITORING OF SEX OFFENDERS. DEFENDANT SHALL MAKE CO-PAYMENT FOR THE PROGRAM AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

9. DEFENDANT SHALL NOT RESIDE WITH ANY PERSON UNDER THE AGE OF 18 YEARS. DEFENDANT SHALL NOT BE PRESENT WITH A MINOR WITHOUT THE PRIOR APPROVAL OF THE U.S. PROBATION OFFICE. DEFENDANT SHALL STAY NO LESS THAN 100 FEET FROM MINORS AND SHALL NOT FREQUENT ANY PLACE WHERE MINORS ARE KNOWN TO GATHER SUCH AS SCHOOLS, PLAYGROUNDS AND GAME ARCADES.

10. DEFENDANT SHALL REFRAIN FROM USING A COMPUTER, OR ANY OTHER INTERACTIVE COMPUTER SERVICE TO VISIT ANY WEBSITES OR LINKS WITH CHILD PORNOGRAPHY OR OTHER OBSCENE VISUAL REPRESENTATIONS.

11. DEFENDANT IS SUBJECT TO SEARCH BY THE U.S. PROBATION OFFICE OR ANY DESIGNATED AGENT FOR ANY ELECTRONIC MEDIA, STORAGE DEVICE, OR ANY OTHER INTERNET ACCESS DEVICE THAT HE HAS ACCESS TO, TO ENSURE THAT HE DID NOT USE, VIEW, OR POSSESS CHILD PORNOGRAPHY.

12. DEFENDANT SHALL PERFORM 200 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE. HE SHALL PERFORM NO LESS THAN 10 HOURS PER MONTH AND SUBMIT WRITTEN VERIFICATION TO THE U.S. PROBATION OFFICE FROM THE ENTITY OR PERSON FOR WHOM THE WORK WAS PERFORMED.

SENTENCE: CR-04-00046                    DEFENDANT: DAVID D. LUCE

    IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $200.00 TO BE PAID IMMEDIATELY AFTER SENTENCING. IF UNABLE TO PAY IMMEDIATELY, DEFENDANT SHALL PAY MAKE PAYMENT THROUGH THE INMATE FINANCIAL RESPONSIBILITY PROGRAM AT A RATE OF NOT LESS THAN $25.00 PER QUARTER.

    PURSUANT TO THE SENTENCING GUIDELINES, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

    COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HIS APPEAL RIGHTS. DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.