# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910**

| | |
|---|---|
| USA,  Plaintiff,  vs.  David D. Luce,  Defendant. | Case No. 1:04-cr-00046  **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Judgment and the Notice of Entry filed January 20, 2006***, on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *January 20, 2006* | *January 24, 2006* | *January 23, 2006* *(Judgment only)* | *January 20, 2006* *(Judgment only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment and the Notice of Entry filed January 20, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 24, 2006                                /s/ Leilani R. Toves Hernandez
                                                                          Deputy Clerk