District Court of Guam
From: David Luce    case # Criminal Case NR 04-00046
                    U.S.A. vs. David D. Luce

THE Following motion is based on a designation that has been held up and finally denied for Administrative reasons. It is also based on my safety in prison

I David D. Luce ▓▓▓▓-5590 on the 3rd of November am filing a motion for redesignation to another Sex Offender Program or another Mental Health program for Treatment.

David Luce
Low Security Corrections Institution
P.O. Box 999
Butner NC 27509

RECEIVED
NOV 13 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

FILED
DISTRICT COURT OF GUAM
NOV 16 2006
MARY L.M. MORAN
CLERK OF COURT