FILED

DISTRICT COURT OF GUAM

NOV 17 2006 ꞯꞯᵃ

MARY L.M. MORAN
CLERK *OF* COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 04-00046 |
| Plaintiff, | |
| vs. | |
| DAVID D. LUCE, | **ORDER** |
| Defendant. | |

On November 13, 2006, the Court received a document from the defendant David D. Luce ("Luce") indicating that he was requesting a "redesignation to another sex offender program or another mental health program for treatment.'" *See*, Docket No. 39. Luce asserts that his request is based "on [his] safety in prison" and the fact that his designation was delayed for administrative reasons.

The Ninth Circuit Court of Appeals ("Ninth Circuit") has recognized that "a sentencing court has no authority to order that a convicted defendant be confined in a particular facility, much less placed in a particular treatment program; those decisions are within the sole discretion of the Bureau of Prisons." Downey v. Crabtree, 100 F.3d 662 (9th Cir.1996) (citing United *States* v. Williams, 65 F.3d 301, 307 (2nd Cir.1995).

//

//

//

---

[1] Luce is currently serving a 60 month sentence for convictions involving Sexual Exploitation of Minors and Sending Obscene Visual Representations of the Sexual Abuse of Children. *See* Docket No. 32.

Based on the foregoing, the Court finds that it lacks the authority to address Luce's concerns as they are more appropriately addressed administratively through the Bureau of Prisons. Accordingly, Luce's motion is DENIED.

SO ORDERED this 17th day of November, 2006.

_____
**FRANCES TYDINGCO-GATEWOOD**
**CHIEF DISTRICT JUDGE**