# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **USA,**<br><br>Plaintiff,<br><br>vs.<br><br>David D. Luce**,**<br><br>Defendant. | **Case No: 1:04-cr-00046** |

The following entities were served by first class mail on November 20, 2006:

    David D. Luce

I, Leilani R. Toves Hernandez, declare under penalty of perjury that on the above-listed date I served the:

Order denying Motion for Redesignation filed 11/17/2006

Notice of Entry of Order filed 11/20/2006

on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 20, 2006          /s/ Leilani R. Toves Hernandez
                                                   Deputy Clerk